IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Traub, David

Printed: 7/8/08

Case Number: 08 B 05950
Judge: Wedoff, Eugene R
Filed: 3/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 2. | T Mobile USA | Unsecured | 131.18 | 0.00 |
| 3. | Oliphant Financial Corporation | Unsecured | 1,239.98 | 0.00 |
| 4. | Glenview Credit Union | Unsecured | 1,654.75 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 1,082.68 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 420.31 | 0.00 |
| 7. | RJM Acquisitions LLC | Unsecured | 64.16 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 804.64 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 159.78 | 0.00 |
| 10. | Complete Credit Solutions Inc | Unsecured | 578.48 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 3,595.80 | 0.00 |
| 12. | Ford Credit | Secured |  | No Claim Filed |
| 13. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 14. | A/R Concepts Inc | Unsecured |  | No Claim Filed |
| 15. | AFNI | Unsecured |  | No Claim Filed |
| 16. | Allied Interstate | Unsecured |  | No Claim Filed |
| 17. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 18. | Ford Credit | Unsecured |  | No Claim Filed |
| 19. | Biehl & Biehl | Unsecured |  | No Claim Filed |
| 20. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 21. | CEE Group | Unsecured |  | No Claim Filed |
| 22. | Colky & Kirsh LTD | Unsecured |  | No Claim Filed |
| 23. | Consolidated Auto Service | Unsecured |  | No Claim Filed |
| 24. | HSBC | Unsecured |  | No Claim Filed |
| 25. | I C Systems Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Traub, David | | Case Number: 08 B 05950 |
| --- | --- | --- | --- |
| | | | Judge: Wedoff, Eugene R |
| | Printed: 7/8/08 | | Filed: 3/13/08 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Golf Mill Ford | Unsecured | | No Claim Filed |
| 27. | Keynote Consuling | Unsecured | | No Claim Filed |
| 28. | West Asset Management | Unsecured | | No Claim Filed |
| 29. | Midland Credit Management | Unsecured | | No Claim Filed |
| 30. | Municipal Recovery Services | Unsecured | | No Claim Filed |
| 31. | Navy Federal Credit Union | Unsecured | | No Claim Filed |
| 32. | Skytel | Unsecured | | No Claim Filed |
| 33. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 34. | Northern Arizona Credit | Unsecured | | No Claim Filed |
| 35. | Sterling Bank & Trust | Unsecured | | No Claim Filed |
| 36. | Verizon Wireless | Unsecured | | No Claim Filed |
| 37. | Whole Health Chicago | Unsecured | | No Claim Filed |
| 38. | USAA | Unsecured | | No Claim Filed |
| 39. | Platinum Capital Investments | Unsecured | | No Claim Filed |
| 40. | Comcast | Unsecured | | No Claim Filed |
| 41. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 42. | TCF Bank | Unsecured | | No Claim Filed |
| 43. | US Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 9,731.76 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____